IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD BOWER,**                                          **PLAINTIFF**
**ADC #144498**

v.                      **CASE NO. 5:14CV00318 BSM**

**RAY HOBBS, Director, Arkansas Department**
**of Correction, et al.**                               **DEFENDANTS**

## ORDER

The proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney have been received. After careful consideration of the timely objections, as well as a *de novo* review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's complaint against defendants is dismissed, for failure to state a claim upon which relief may be granted.

2. Dismissal of this action constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3. The Court certifies that an *in forma pauperis* appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 27th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE