IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD BOWER,**                                                    **PLAINTIFF**
**ADC #144498**

**v.**                      **CASE NO. 5:14CV00318 BSM**

**RAY HOBBS, Director, Arkansas Department**
**of Correction, et al.**                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this date, this case is dismissed without prejudice. The relief sought is denied.

It is certified that an *in forma pauperis* appeal from this judgment and accompanying order dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 27th day of October 2014.

_____
UNITED STATES DISTRICT JUDGE

1